_____

No. 95-4045
_____

Noe Martinez-Raga,            *
                                 *
       Appellant,       *
                                 *  Appeal from the United States
  v.                   *  District Court for the
                                 *  District of Nebraska.
Immigration and Naturalization  *
Service, District Director,     *       **[UNPUBLISHED]**
                                 *
       Appellee.        *

_____

Submitted:  August 6, 1996

Filed:  August 20, 1996
_____

Before BOWMAN, MAGILL, and LOKEN, Circuit Judges.
_____

PER CURIAM.

Noe Martinez-Raga appeals from the district court's[1] order dismissing his 28 U.S.C. § 2241 habeas petition for lack of jurisdiction.  After careful review of the record and the parties' briefs, we conclude the judgment of the district court was correct. We do not consider Martinez-Raga's argument that he is eligible for a waiver under 8 U.S.C. § 1182(h), as he has not exhausted his administrative remedies. Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

[1]The HONORABLE THOMAS M. SHANAHAN, United States District Judge for the District of Nebraska.

A true copy.

Attest:

      CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.